# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KHARI S. VARNER,

    Plaintiff(s),

v.

JUDGE GULIANI, et al.,

    Defendant(s).

Case No. 2:23-cv-01869-RFB-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Plaintiff has not, however, filed a complaint clearly identifying each defendant being sued, the factual allegations upon which suit is brought, Plaintiff's cause(s) of action, a jurisdictional basis, and the relief sought. *But see, e.g.*, Fed. R. Civ. P. 8(a).[1] Plaintiff must file a complaint by January 5, 2024.[2]

<u>Plaintiff must familiarize himself with the governing rules, including the rules prohibiting the public filing of personal identifying information</u>. *See, e.g.*, Local Rule IC 6-1 (requiring among other things that only initials be used for minor children, rather than full names, and that birth dates be omitted except as to the year).

**Failure to comply with this order may result in dismissal of this case.**

IT IS SO ORDERED.

Dated: December 11, 2023

                                       Nancy J. Koppe
                                       United States Magistrate Judge

---

[1] The other papers include some indications of the claims being made. *See, e.g.*, Docket No. 1-2 at 1 (caption on summons); Docket No. 1-4 (civil cover page). Plaintiff also attaches exhibits. These documents do not satisfy Rule 8's requirements and are not a substitute for a complaint.

[2] A form civil complaint can be found on the United States Courts' website. *See* https://www.uscourts.gov/forms/pro-se-forms/complaint-civil-case.