# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KHARI S. VARNER,<br>　　　Plaintiff(s),<br>v.<br>JUDGE GULIANI, et al.,<br>　　　Defendant(s). | Case No. 2:23-cv-01869-RFB-NJK<br><br>**ORDER** |

On December 11, 2023, the Court ordered Plaintiff to file a complaint by January 5, 2024. Docket No. 2. In particular, the Court found that "Plaintiff has not . . . filed a complaint clearly identifying each defendant being sued, the factual allegations upon which suit is brought, Plaintiff's cause(s) of action, a jurisdictional basis, and the relief sought" as is required by Rule 8(a) of the Federal Rules of Civil Procedure. Docket No. 2.[1] The Court thereafter received indication that Plaintiff had moved, Docket No. 3, and Plaintiff has since updated his address with the Court, Docket No. 6.

Given the circumstances, the Court will **EXTEND** the deadline for Plaintiff to file a complaint to January 31, 2024. That complaint must meet the Rule 8(a) requirements to clearly identify each defendant being sued, the factual allegations upon which suit is brought, Plaintiff's cause(s) of action, a jurisdictional basis, and the relief sought.[2] <u>Plaintiff must also familiarize himself with the governing rules, including the rules prohibiting the public filing of personal identifying information</u>. *See, e.g.*, Local Rule IC 6-1 (requiring among other things that only

---

[1] The other papers include some indications of the claims being made. *See, e.g.*, Docket No. 1-2 at 1 (caption on summons); Docket No. 1-4 (civil cover page). Plaintiff also attached exhibits. These documents do not satisfy Rule 8's requirements and are not a substitute for a complaint.

[2] A form civil complaint can be found on the United States Courts' website. *See* https://www.uscourts.gov/forms/pro-se-forms/complaint-civil-case.

initials be used for minor children, rather than full names, and that birth dates be omitted except as to the year).

**Failure to comply with this order may result in dismissal of this case.**

IT IS SO ORDERED.

Dated: January 17, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge