UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KHARI S. VARNER,<br><br>    Plaintiff(s),<br><br>v.<br><br>JUDGE GULIANI, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01869-RFB-NJK<br><br>**ORDER**<br>[Docket No. 8] |

On December 11, 2023, the Court ordered Plaintiff to file a complaint by January 5, 2024. Docket No. 2. In particular, the Court found that "Plaintiff has not . . . filed a complaint clearly identifying each defendant being sued, the factual allegations upon which suit is brought, Plaintiff's cause(s) of action, a jurisdictional basis, and the relief sought" as is required by Rule 8(a) of the Federal Rules of Civil Procedure. Docket No. 2.[1] The current deadline to file that complaint is January 31, 2024. Docket No. 7.

On February 6, 2024, Plaintiff filed a document that the Court construes as a motion to extend the above deadline. Docket No. 8 at 3. As so construed, the motion is **GRANTED** and the deadline for Plaintiff to file a complaint is **EXTENDED** to March 14, 2024.

**Failure to comply with this order may result in dismissal of this case.**

IT IS SO ORDERED.

Dated: February 13, 2024

                                                                               Nancy J. Koppe<br>                                                                               United States Magistrate Judge

---

[1] The other papers include some indications of the claims being made. *See, e.g.*, Docket No. 1-2 at 1 (caption on summons); Docket No. 1-4 (civil cover page). Plaintiff also attached exhibits. These documents do not satisfy Rule 8's requirements and are not a substitute for a complaint.