UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KHARI S. VARNER, et al.,

    Plaintiff(s),

v.

JUDGE GULIANI, et al.,

    Defendant(s).

Case No. 2:23-cv-01869-RFB-NJK

**REPORT AND RECOMMENDATION**

On April 19, 2024, the Court screened Plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 36. The Court therein identified several deficiencies, including that (1) Plaintiffs filed by petitions for habeas relief and civil rights complaints in the same case, (2) the pleadings were not complete in and of themselves and, instead, consisted of a series of different filings, (3) the most recent complaint was not signed, and (4) the most recent complaint lacked the details required by Rule 8 and appeared to seek relief that is barred by governing Supreme Court precedent. *Id.* at 2-3. As a result, the Court afforded Plaintiffs "a final opportunity" to file a proper amended complaint. *Id.* at 3. The same order also required Plaintiff Tera Strawter to either pay the filing fee or file an application to proceed *in forma pauperis*. *Id.* at 3-4. The amended complaint and Strawter's application to proceed *in forma pauperis* were due by May 20, 2024. *Id.* at 4. The Court warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL**." *Id.* (emphasis in original).

1

Strawter did not file an application to proceed *in forma pauperis* and Plaintiffs did not file an amended complaint,[1] and the deadline for doing so expired weeks ago. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: June 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

---

[1] Strawter did file a "writ of Certiorari." Docket No. 38. If this filing was meant to act as an amended complaint, it cannot do so for a number of reasons. Most obviously, the document is not signed, *but see* Fed. R. Civ. P. 11(a), and was filed by Strawter alone even though she neither paid the filing fee nor filed an application to proceed *in forma pauperis*, *but see* 28 U.S.C. § 1914(a), 1915(a); *but see also Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021) (dismissing case for failing to pay the filing fee or filing application to proceed *in forma pauperis*).