# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KHARI S. VARNER, et al., <br>     Plaintiff(s), <br> v. <br> JUDGE GULIANI, et al., <br>     Defendant(s). | Case No. 2:23-cv-01869-RFB-NJK <br><br> **ORDER** <br><br> [Docket Nos. 39, 40] |

In light of the concurrent report and recommendation for dismissal, Plaintiffs' motion for service of the complaint and summons (Docket No. 39) and Plaintiffs' ex parte motion to compel (Docket No. 40) are both **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: June 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1